UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-10096-Civ-King
Magistrate Judge O'Sullivan

KEYS FISHERIES, INC.,

Plaintiff,

FILED by SD D.C.
MAY 01 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

vs.

MAERSK INC., DAMPSKIBSSELSKABET AF 1912,
AKTIESELSKAB AND AKTIESELSKABET
DAMPSKIBSSEL SKABET SVENDBORG
d/b/a MAERSK LINE; SEASIDE TRUCKING, INC.;
SEASIDE TRANSPORT, INC. d/b/a SEASIDE TRUCKING, INC.
and CONCEPCION ANTONIO ACOSTA, individually,

Defendants.
______________________________/

**FINAL JUDGMENT FOR THE PLAINTIFF AGAINST SEASIDE TRUCKING, INC., SEASIDE TRANSPORT, INC. d/b/a SEASIDE TRUCKING, INC. AND CONCEPCION ANTONIO ACOSTA, INDIVIDUALLY**

This cause came before the Court upon the Plaintiff's Motion for Summary Judgment, and the Court notes there has been no response to this motion by certain Defendants and also that the same Defendants are in default in responding to the

14

Plaintiff's Complaint, It is thereupon ordered and adjudged as follows:

1. The Court finds that there is no genuine issue as to any material fact and that the Plaintiff is entitled to judgment as a matter of law against Seaside Trucking, Inc., Seaside Transport, Inc. d/b/a Seaside Trucking, Inc, and Conception Antonio Acosta, individually, without prejudice to the Plaintiff's claims against the remaining Maersk Defendants.

2. The Court finds that these same Defendants are also in default in responding to the Plaintiff's Complaint and that the Plaintiff is further entitled to a final default judgment against these same Defendants without prejudice to the Plaintiff's Claims against the remaining Maersk Defendants.

3. Therefore, the Plaintiff Keys Fisheries, Inc. shall have and recover from the Defendants Seaside Trucking, Inc., Seaside Transport, Inc. d/b/a Seaside Trucking, Inc. and Concepcion Antonio Acosta, individually, the sum of $215,105.29 with prejudgment interest at the legal rate of interest in Florida from August 15, 1996 through March 31, 2000 in the amount of $77,989.92 for a total of $293,095.21 as of March 31, 2000 with a per diem interest of $58.77 which continues to accrue daily after March 31, 2000, for all of which sums let execution issue as well as costs in the amount of $216.00 (for the filing fee of $150.00 and service of these three summonses in the amount of $66.00)without prejudice to the

Plaintiff's Claims against the remaining Maersk Defendants.

Done at Miami this 1 day of May, 2000.

James Lawrence King
United States District Judge

Copies Furnished to counsel of
record and parties as follows:

Allan R. Kelley, Esquire
Seaside Trucking, inc.,
Seaside Transport, Inc. d/b/a Seaside Trucking, Inc.,
CONCEPCION ANTONIO ACOSTA,
Robert Lamar Bell